Patrick Bright (SBN 68709)
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us

*Attorneys for Plaintiff*
*Luna Lite, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Luna Lite, LLC, a North Carolina LLC,<br>**Plaintiff,**<br>v.<br>Dexcowin Global, Inc., a California Corporation,<br>**Defendant.** | Case No. ________________<br>**COMPLAINT – JURY TRIAL DEMANDED** |

Plaintiff Luna Lite, LLC ("Luna") complains of Dexcowin Global, Inc., a California corporation, ("Dexcowin" or "Defendant") and alleges the following:

**Parties**

1. Plaintiff Luna is a limited liability corporation organized and existing under the laws of North Carolina, and maintains its principal place of business in North Carolina.

2. Defendant Dexcowin is a California corporation with a principal place of business in Pasadena, California.

**JURISDICTION**

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendant because Defendant has offices in Los Angeles, CA, within this Judicial District.

## VENUE

6. Venue is proper in this Judicial District under 28 U.S.C. § 1400(b) because Defendant has a place of business in, and has committed acts of patent infringement in this Judicial District.

7. Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)(3) because Defendant is subject to the Court's personal jurisdiction.

## THE PATENTS-IN-SUIT

8. Luna is the assignee of all right, title and interest in United States Patent No. 10,905,386 (the "'386 Patent," and the "Patent-in-Suit"), including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patent-in-Suit. Accordingly, Luna possesses the right and standing to prosecute the present action for infringement of the Patent-in-Suit by Defendant.

9. On February 2, 2021, the United States Patent and Trademark Office issued the '386 Patent. The '386 Patent is titled "Orienting X-Ray Projection for Dental Imagery." A copy of the Patent-in-Suit is attached to this Complaint as Exhibit A.

## COUNT I: INFRINGEMENT OF THE PATENT-IN-SUIT

10. Luna incorporates the above paragraphs herein by reference.

11. Defendant has been and continues to directly infringe at least Claim 9 of the '386 Patent, in this District and elsewhere in the United States, by offering for sale and selling apparatus such as the Model CS 2500P COCOON and the Cocoon SOLO.

12. Like Claim 9 of the '386 patent, the user manual for the Model CS 2500P, at pages 28-29, calls for an apparatus with a chassis that includes a plurality of lighting projectors, namely, aiming light guide (500) with LED (101) at emission hole (600); a mounting securing the chassis to a radiant energy projector, namely, an LED built into X-ray irradiation part (100), integrated into the device body; a microprocessor having computer instructions for comparing positional data of the radiant energy projector to predetermined positional patient data, namely, an OLED screen, exposure lamp indicator, trigger logic, 30-secon auto-shutoff, all requiring microprocessor control, and an automated indicator actuable by the microprocessor to indicate alignment, namely, an aiming light activated by trigger, auto-timeout at 30 seconds, green/yellow exposure lamp, an automated light-based alignment feedback.

13. On information and belief, Defendant has also been infringing, and continues to directly infringe, Claim 1 of the '386 Patent, in this District and elsewhere in the United States, by carrying out the method called for in Claim 1, using apparatus such as the Model CS 2500P COCOON and the Cocoon SOLO. Dexcowin's user manual for the Model CS 2500P, at pages 28-29, explains how to use this apparatus correctly.

14. Luna is entitled to recover damages adequate to compensate it for Defendant's infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Luna asks this Court to enter judgment against Defendant, granting the following relief:

A. A declaration that Defendant has infringed the Patent-in-Suit;

B. An award of damages to compensate Luna for Defendant's infringement of the Patent-in-Suit;

C. An accounting of all damages and infringements not presented at trial;

D. An award of prejudgment and post-judgment interest; and

E. Such other relief as this Court may deem proper and just.

September 23, 2026

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

**DEMAND FOR JURY TRIAL**

Under FRCP Rule 38, and Local Rule 38-1, Plaintiff demands trial by jury of all issues so triable.

September 23, 2026

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

US010905386B2

(12) United States Patent
Cano

(10) Patent No.: US 10,905,386 B2
(45) Date of Patent: Feb. 2, 2021

(54) **ORIENTING X-RAY PROJECTION FOR DENTAL IMAGERY**

(71) Applicant: **Suzanne Cano**, Apex, NC (US)

(72) Inventor: **Suzanne Cano**, Apex, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/916,934**

(22) Filed: **Mar. 9, 2018**

(65) **Prior Publication Data**

US 2019/0274643 A1 Sep. 12, 2019

(51) **Int. Cl.**
***A61B 6/14*** (2006.01)
***A61B 6/00*** (2006.01)

(52) **U.S. Cl.**
CPC .............. ***A61B 6/14*** (2013.01); ***A61B 6/4064*** (2013.01); ***A61B 6/466*** (2013.01); *A61B 6/405* (2013.01); *A61B 6/548* (2013.01); *A61B 6/587* (2013.01)

(58) **Field of Classification Search**
CPC ........... A61B 6/00; A61B 6/032; A61B 6/035; A61B 6/14; A61B 6/145; A61B 6/42; A61B 6/4208; A61B 6/425; A61B 6/4275; A61B 6/4283; A61B 6/589; A61B 6/588; A61B 6/587; A61B 6/501; A61B 6/4423; A61B 6/4417; A61B 6/44; G03B 42/042; G03B 42/04; G01N 2800/18; G01N 23/083; G01N 23/06; G01N 23/02; G01N 23/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2004/0218792 | A1 * | 11/2004 | Spoonhower | A61B 5/0084 382/128 |
| 2008/0144778 | A1 * | 6/2008 | Sonani | A61B 6/08 378/206 |
| 2010/0106056 | A1 * | 4/2010 | Norris | A61B 8/0841 600/567 |

* cited by examiner

*Primary Examiner* — David P Porta
*Assistant Examiner* — Mamadou Faye
(74) *Attorney, Agent, or Firm* — James A. Italia; Italia IP

(57) **ABSTRACT**

Apparatus for aiming e.g. an X-ray camera, for capturing image(s) of a physiology of a patient, and related method, are shown and described. A plurality of light projectors are mounted to the X-ray camera. When projected light beams impinge upon pre-identified reference points on the physiology of the patient, a visual indicator operates to indicate that the X-ray image may be taken. The pre-identified reference points may exist within a microprocessor associated with the X-ray camera, and may be based on an image of the physiology. The microprocessor maps the reference points to small indication areas illuminated by the light projectors. When a predetermined threshold of registration of the indication areas with the reference points exists, the visual indicator operates, whereupon the human operator may operate the X-ray camera.

**14 Claims, 3 Drawing Sheets**




EXHIBIT A


12
120
114
120
120
120
120
120
108
108
108
108
104
102
116
104
104
10
MICROPROCESSOR
110

FIG. 1


116
102
104
10
104
106
MICROPROCESSOR
110

FIG. 2


122
124
124
124
124
124
124
124
124

FIG. 4

Case 2:26-cv-10916 Document 1 Filed 09/23/26 Page 8 of 11 Page ID #:8






FIG. 3

# ORIENTING X-RAY PROJECTION FOR DENTAL IMAGERY

## FIELD OF THE INVENTION

The present invention relates to medical imagery such as X-rays, and more particularly, to a system for aiming energy such as X-rays for medical imagery.

## BACKGROUND OF THE INVENTION

Dental X-rays, such as of the mouth, are performed by having a dental practitioner manually aim the ray projector towards a patient. However, this can lead to inaccuracies that render the resulting image impaired or even useless. Dentsply Rinn Corporation has provided holders for assuring that X-ray film will be held at an appropriate orientation for image capture. However, such products may induce discomfort in patients.

There exists a need in the art for an improved way of orienting X-rays to patient anatomy that overcomes discomfort issues.

## SUMMARY OF THE INVENTION

The present invention eliminates Dentsply Rinn type holders in favor of calculating proper orientation of an X-ray emitter. A plurality of points or locations on the physiology of a patient are signaled by miniature laser projectors. Independently of illuminated patches of light on the physiology of the patient resulting from the miniature lasers, these locations are placed into alignment with reference points contained within a microprocessor as the X-ray emitter is maneuvered. The system recognizes appropriate alignment and signals to the human operator that the X-ray device is in the proper position and that the image may be taken. The illuminated patches enable rough adjustments, with fine final adjustments made by calculation using a microprocessor. Internal data processing identifies acceptable accuracy of the direction of the X-ray emitter, upon attainment of which the signal is generated.

The present invention provides improved elements and arrangements thereof by apparatus for the purposes described which is inexpensive, dependable, and fully effective in accomplishing its intended purposes.

These and other objects of the present invention will become readily apparent upon further review of the following specification and drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

Various objects, features, and attendant advantages of the present invention will become more fully appreciated as the same becomes better understood when considered in conjunction with the accompanying drawings, in which like reference characters designate the same or similar parts throughout the several views, and wherein:

FIG. **1** is a diagrammatic environmental representation of an X-ray camera being focused on a human subject;

FIG. **2** shows the X-ray camera from a perspective different from that of FIG. **1**;

FIG. **3** is a flow chart showing steps of a method of aiming a radiant energy projector, wherein the steps are abbreviated; and

FIG. **4** is a diagrammatic view of a topographic rendering of the patient shown in FIG. **1**.



## DETAILED DESCRIPTION

Referring to FIGS. **1** and **2**, according to at least one aspect of the invention, there is shown apparatus **100** for aiming a radiant energy projector **10** for capturing one or more desired images of a physiology of a patient **12** using radiant energy projector **10**. Apparatus **100** may comprise a chassis **102** including a plurality of lighting projectors **104**, and a mounting **106** enabling securing of chassis **102** on radiant energy projector **10** such that lighting projectors **104** are aimed parallel to an axis **108** of radiant energy projected from radiant energy projector **10**.

Apparatus **100** may also comprise a microprocessor **110** having computer instructions loaded thereinto for comparing positional data of radiant energy projector **10** to predetermined positional data of patient **12**, and to determine alignment of radiant energy projector **10** with patient **12**, and an automated indicator actuatable by microprocessor **110** to indicate when the positional data of radiant energy projector **10** is aligned with patient **12**. Optionally, apparatus **100** may comprise a holder **112** operable to secure the physiology of patient **12** in a constant location relative to radiant energy projector **10**. Holder **112** is optional because there are ways to determine alignment of radiant energy projector **10** with patient **12** other than those utilizing holder **12**, as will be further explained hereinafter.

Radiant energy projector **10** may be an X-ray emitter or a CT signal emitter for example. A desired image is that image which captures a specific targeted portion of the physiology for dental or medical analysis, such as an X-ray image of a tooth site. Chassis **102** may be a ring as depicted herein, or any other rigid structure capable of holding lighting projectors **104** in a position such that lighting projectors **104** will emit light in an array such as that indicated by axes **108** of projected light.

Mounting **106** is depicted as an arm attached to chassis **102** and to radiant energy projector **10**, but may take other forms. Illustratively, mounting **106** may comprise clips, clamps, threaded fasteners, friction fit and/or other devices capable of holding chassis **102** to radiant energy projector **10** in a constant orientation or position.

The automated indicator may be a discrete element unto itself (this option is not shown), or alternatively, may be realized by manipulating lighting characteristics of light produced by lighting projectors **104**, as will be described hereinafter.

Holder **112** is depicted as a chin support in FIG. **1**, but may take other forms. Any device which supports, holds, or restrains patient **12** in a suitably fixed location for capturing the desired image will suffice. It will be recognized that the desired image will be produced by an energy responsive image forming medium **114**, such as X-ray film placed in the mouth of patient **12** in conventional manner.

Patient **12**, although depicted as human, may be an animal.

The computer instructions may be based on a predetermined geometric relationship between radiant energy projector **10** and a patient **12** held in holder **112**. That is, distance and azimuthal orientation of radiant energy projector **10** and patient **12** in holder **112** may be determined beforehand and loaded into memory (not separately shown) of microprocessor **110**. For example, such instructions may be based upon entered data of the patient **12** based at least in part on sex, age, simple measurements, and/or any other form of data of the patient **12**.

Alternatively, the computer instructions may be based on an image of the physiology of patient **12**. In this case, an

image of the physiology of patient **10** is captured, either by a camera integrated with apparatus **100** or separate therefrom. The resulting image, as a digital photograph or 3D scan, or possibly a CT scan, would yield data in the form of a data plot or topography plot. This data would then be processed to generate a signal annunciating acceptable positioning of radiant energy projector **10**, as will be further explained hereinafter. Hence the computer instructions may include data corresponding to at least simple data of a patient (age, sex, simple measurements, etc.) or more precise data plots, such as, topography plots which may be derived from the image or scan of the physiology of patient **12**.

It will be recognized that due to the diagrammatic nature of FIGS. **1** and **2**, some components are not shown. Illustratively, although microprocessor **110** is shown connected to chassis **102** by a cable **118**, other connecting circuitry is not illustrated. Accordingly, apparatus **100** will be understood to include necessary power source, power and control circuitry, and operator controls (none of these elements are shown) to arrive at a system functional as described.

It is possible that apparatus **100** may further comprise an image capture device **116** in communication with microprocessor **110**, whereby apparatus **100** can obtain the image of the physiology of patient **12** independently of a separate camera or other image capture device such as a cellular telephone (none of these options is shown).

Reference is now made to FIG. **3**, showing steps of a method **200** in abbreviated form. Use of apparatus **100** will now be explained in terms of method **200**, method **200** for aiming radiant energy projector **10** for capturing one or more desired image(s) of a physiology of patient **12**, where the radiant energy is to be projected toward an object area of the physiology, the object area being an object of interest to be captured in the desired image(s). Method **200** may comprise determining a plurality of reference points on the external surface of the physiology in the external image, wherein each one of the reference points is laterally displaced from the object area relative to a direction of radiant energy to be projected (see block **202** in FIG. **3**). The method may further comprise placing a film (energy responsive image forming medium **114**) against the object area of the physiology, wherein the film will generate an image when the radiant energy impinges thereon (block **204**). Method **200** may also comprise, with lighting projectors **104** projecting the at least one indicator light beam fixed to radiant energy projector **10**, projecting at least one indicator light beam onto the physiology to generate an equal number of illuminated areas **120** on the physiology (block **206**). The method may further comprise assessing registration of illuminated areas **120** with the reference points, and operating radiant energy projector **10** to project radiant energy to generate the desired image(s) in energy responsive image forming medium **114** when assessed registration of illuminated areas **120** with the reference points meets a predetermined threshold of accuracy (block **208**).

The object area may be for example a tooth site possibly concealed behind the cheeks and lips of a patient upon which an image forming medium **114** (e.g., an X-ray film) has been placed behind. Because the object area is concealed, the novel method enables successful aiming of radiant energy projector **10** (e.g., an X-ray emitter).

The external image mentioned above, not to be confused with the desired image, is a convenience for establishing reference points, and is utilized to determine when radiant energy projector **10** is correctly aimed. This image may be utilized wherein assessing registration of illuminated areas **120** with the reference points comprises computerized mapping of location and orientation of the physiology to location and orientation of radiant energy projector **10** (block **212**). If insufficient registration is encountered, the method may further comprise adjusting aim of radiant energy projector **10** to align the reference points of the physiology with illuminated areas **120** generated by the indicator light beam to meet the predetermined threshold of accuracy, and issuing an indication of accuracy when illuminated areas **120** generated by the indicator light beam are aligned with the reference points (block **214**). Alignment may be performed by microprocessor **110**. The indicator light beams are shown as axis **108**.



Note that the external image may be modified by user inputs, such as by inputting patient age, gender, height, weight, and other data. This reduces inaccuracies that might otherwise arise from using a single standard template to represent all physiological types, and reduces the need to better aim radiant energy projector **10**.

Issuing the indication of accuracy (block **216**) may comprise altering a characteristic of light of illuminated areas **120** (block **218**). For example, indicator light beams may be caused to flash, or if emitted as flashing, may be changed to constant projection. In an alternative, altering a characteristic of light of illuminated areas **120** (block **218**) may comprise changing a hue of light establishing illuminated areas **120** (block **220**).

It would also be possible to have a dedicated audible or visible indicator on chassis **102** or in some other location, or integrated with radiant energy projector **10** (these options are not shown). It would further be possible to forego indicating accuracy, and to actuate radiant energy projector **10** directly, with or without an indicator.

Projecting the indicator light beam may comprise projecting miniature laser beams (block **224**). To this end, lighting projectors **104** may comprise miniature laser projectors such as those utilized in rifle sighting and demonstration and lecture pointers.

Assessing registration of illuminated areas **120** with the reference points may comprise holding the physiology of patient **12** in a fixed, known position relative to radiant energy projector **10**, and comparing position of the physiology of patient **12** with the position of radiant energy projector **10** (block **226**). Alternatively, assessing registration of illuminated areas **120** with the reference points may comprise capturing an external image of the physiology (block **228**), extrapolating the data as a form plot or as a topography plot (block **230**), and transmitting the data corresponding to the form or topography plot to a graphic positioning representation (block **232**). Alternatively stated, results of the plot may be displayed on a screen or an equivalent.

The method may further comprise capturing an external image of an external surface of the physiology, wherein the object area is concealed from view within the physiology. The external image may be utilized to establish the reference points.

To that end, the film is seen in FIG. **1** as energy responsive image forming medium **114**. Alternatively stated, placing the energy responsive image forming medium may comprise placing a film proximate the object area (block **222**).

FIG. **4** illustrates a topographic rendering **122** of patient **12** that may be generated though the methods described above. In topographic rendering **122** of FIG. **4**, the reference points may be established by intersections of grid members **124**.

While the present invention has been described in connection with what is considered the most practical and

preferred embodiment, it is to be understood that the present invention is not to be limited to the disclosed arrangements, but is intended to cover various arrangements which are included within the spirit and scope of the broadest possible interpretation of the appended claims so as to encompass all modifications and equivalent arrangements which are possible.

I claim:

1. A method for aiming a radiant energy projector for capturing one or more desired image(s) of a physiology of a patient, where the radiant energy is to be projected toward an object area of the physiology, the object area being an object of interest to be captured in the desired image(s), the method comprising:

determining a plurality of reference points on the external surface of the physiology of the patient using computerized mapping, wherein each one of the reference points is laterally displaced from the object area relative to a direction of radiant energy to be projected;

placing an energy responsive image forming medium proximate the object area of the physiology;

projecting at least one indicator light beam fixed to the radiant energy projector, wherein the step includes projecting at least one indicator light beam onto the physiology of the patient to provide a general idea of the direction of the radiant energy projector toward the physiology of the patient;

utilizing the computer generated plurality of reference points on the surface of the physiology of the patent to assess registration of the radiant energy projector, wherein registration of the radiant energy projector completed when the radiant energy projector is in proper orientation relative to the computer mapped reference points on the physiology of the patient; and

operating the radiant energy projector to project radiant energy to generate the desired image(s) in the energy responsive image forming medium when the assessed registration between the radiant energy projector and the reference points mapped on the physiology of the patient meets a predetermined threshold of accuracy.

2. The method of claim 1, further comprising:

adjusting aim of the radiant energy projector to align the reference points of the physiology with the illuminated areas generated by the indicator light beam to assist in meeting the predetermined threshold of accuracy; and

issuing an indication of accuracy when the illuminated areas generated by the indicator light beam are aligned with the reference points.

3. The method of claim 2, wherein issuing the indication of accuracy comprises altering a characteristic of light of the illuminated areas.

4. The method of claim 3, wherein altering a characteristic of light of the illuminated areas comprises changing a hue of light establishing the illuminated areas.

5. The method of claim 1, further comprising placing a film against the object area of the physiology, wherein the film will generate an image when the radiant energy impinges thereon.

6. The method of claim 1, wherein projecting an indicator light beam comprises projecting miniature laser beams.

7. The method of claim 1, wherein assessing registration of the radiant projector relative to the reference points on the physiology of the patient comprises:

capturing an external image of the physiology;

extrapolating the data as a form plot or as a topography plot; and

transmitting the data corresponding to the form or topography plot to a graphic positioning representation.

8. The method of claim 1, further comprising capturing an external image of an external surface of the physiology, wherein the object area is concealed from view within the physiology.

9. Apparatus for aiming a radiant energy projector for capturing one or more desired image(s) of a physiology of a patient using a radiant energy projector, the apparatus comprising

a chassis including a plurality of lighting projectors;

a mounting enabling securing of the chassis on the radiant energy projector such that the lighting projectors are aimed parallel to an axis of radiant energy projected from the radiant energy projector;

a microprocessor having computer instructions loaded thereinto for comparing positional data of the radiant energy projector to predetermined positional data of the patient, wherein the positional data of the patient is generated by utilizing computer mapping information that generates a plurality of reference points on the surface of the physiology of the patent, and to use both the positional data of the radiant energy projector and the predetermined positional data of the patient to determine proper alignment of the radiant energy projector with the patient; and

an automated indicator actuatable by the microprocessor to indicate when the positional data of the radiant energy projector is aligned with the positional data of the patient.

10. The apparatus of claim 9, further comprising a holder able to secure the physiology of the patient in a constant location relative to the radiant energy projector.

11. The apparatus of claim 9, wherein the computer instructions are based on a predetermined geometric relationship between the radiant energy projector and the holder.

12. The apparatus of claim 9, wherein the computer instructions are based on an image of the physiology of the patient.

13. The apparatus of claim 12, wherein the computer instructions include data corresponding to at least one of a form plot and a topography plot based on the image of the physiology of the patient.

14. The apparatus of claim 12, further comprising an image capture device in communication with the microprocessor, whereby the apparatus can obtain the image of the physiology of the patient independently.

* * * * *